**FEDERAL PRISON INDUSTRIES, INC., BOARD OF DIRECTORS,** Defendant–Appellee.

No. 2009–1552.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2009.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

In re **SANG–HYUN JU, Mu–Hyun Kim, Jang–Hyuk Kwon, Sung–Chul Kim, Ho–Kyoon Chung, Byung–Doo Chin, Seong–Taek Lee and Samsung Mobile Display Co., Ltd.**

No. 2009–1446.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).